**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **vs.** | ) | **CRIMINAL ACTION 05-00127-CG** |
| **BRYANT WASHINGTON,** | ) | |
|     **Defendant.** | ) | |

**ORDER**

This matter is before the court on defendant's motion to continue. (Doc. 21).  Defendant requests a continuance because his counsel needs additional time to review and evaluate the discovery provided by the Government.  Defendant also states that his ability to meet with counsel and discuss his case has been problematic because he resides in Birmingham, Alabama.  Defendant also states that counsel for the Government does not object to the continuance.  On June 13, 2005, defendant filed a signed waiver of his speedy trial rights. (Doc. 24).

Under these circumstances, the court finds that the ends of justice served by continuing this action outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, for purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, the motion to continue is **GRANTED** (Doc. 21) and this action is continued to the **August 2005** criminal term with jury selection scheduled for **August 1, 2005**.  The pretrial conference scheduled for June 9, 2005 is **canceled.**

The Clerk of the Court is directed to refer this file to U.S. Magistrate Judge William E. Cassady to reschedule the pretrial conference.

**DONE** and **ORDERED** this the 14th day of June, 2005.

**s / Kristi  D.  Lee**
**KRISTI  D.  LEE**
**UNITED STATES MAGISTRATE JUDGE**